COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      Clyde Latrell Gray v. The State of Texas

Appellate case number:    01-17-00850-CR

Trial court case number:  1562576

Trial court:              263rd District Court of Harris County

On April 17, 2018, we abated this appeal, remanded the case to the trial court, and directed the trial court to execute a certification of appellant's right to appeal indicating whether he has the right to appeal. The district clerk has filed a supplemental clerk's record containing the trial court's certification of appellant's right to appeal, stating that this case "is a plea-bargain case, but the trial court has given permission to appeal, and the defendant has the right of appeal." Accordingly, we REINSTATE this case on the Court's active docket.

While the case was abated, appellant's appointed counsel filed a motion to withdraw and a brief concluding that this appeal is frivolous. *See Anders v. California*, 386 U.S. 738, 744, 87 S. Ct. 1396, 1400 (1967). **The State's brief, if any, is due to be filed no later than 30 days from the date of this order**. *See* TEX. R. APP. P. 38.6(b), (d).

It is so ORDERED.


Judge's signature: /s/ Terry Jennings
                 ☑ Acting individually     ☐ Acting for the Court

Date: September 11, 2018